IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY GIVENS**  **PLAINTIFF**
ADC # 143148

v.  Case No. 4:21-cv-00847-KGB

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Benicia B. Moore (Dkt. No. 38). Plaintiff Rickey Givens has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendant Kevin Thomas' motion (Dkt. No. 33). Mr. Givens' complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2; 9). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so ordered this 9th day of September, 2024.

Kristine G. Baker
Chief United States District Judge